UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION


LARRY RICHARDSON,

        Plaintiff,                              Case No. 2:12-cv-435

v.                                          HON. ROBERT HOLMES BELL

CATHERINE BAUMAN, et al.,

        Defendants.
_____/

**ORDER APPROVING AND ADOPTING**
**MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION**

On January 28, 2014, Magistrate Judge Timothy Greeley issued a Report and Recommendation ("R&R") (Dkt. No.53) recommending that Defendant Granholm's motion to dismiss (Dkt. No. 42) be granted and the other Defendants' motion for summary judgment (Dkt. No. 39) be denied. No objections have been filed, and the deadline for doing so has expired. The Court has reviewed the matter and concludes that the R&R correctly analyzes the issues and makes a sound recommendation.

For the foregoing reasons, this Court adopts the Magistrate Judge's Report and Recommendation as the Opinion of this Court.

Accordingly,

**IT IS HEREBY ORDERED** that the Magistrate Judge's January 2014, R&R (Dkt. No. 53) is **APPROVED** and **ADOPTED** as the opinion of the Court.

**IT IS FURTHER ORDERED** that Defendant Granholm's motion to dismiss (Dkt. No. 42) is **GRANTED**.

**IT IS FURTHER ORDERED** that Defendants' motion for summary judgment (Dkt. No. 39) is **DENIED**.


Dated: February 21, 2014 /s/ Robert Holmes Bell
ROBERT HOLMES BELL
UNITED STATES DISTRICT JUDGE